GEORGE A. LUGERT, Appellant, *v.* SAM COHEN et al., Respondents, and WILLIAM C. HAWVER, JR., as Guardian ad Litem of JOSEPH S. HAWVER, Appellant.

BARBARA E. LUGERT, Appellant, *v.* SAM COHEN et al., Respondents, and WILLIAM C. HAWVER, JR., as Guardian ad Litem of JOSEPH S. HAWVER, Appellant.

Submitted April 2, 1951; decided April 12, 1951.

*William E. J. Connor* for motions.

*R. Monell Herzberg* opposed.

Motions denied, with $10 costs.